No. 953. MAURO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 956. WEISBLUM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edward J. Ennis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Leonard H. Dickstein* for the United States.

No. 959. CROWLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 967. SHARPE *v.* OKLAHOMA EX REL. OKLAHOMA BAR ASSN. App. Div., Ct. on the Judiciary of Okla. Certiorari denied. *Charles Hill Johns* and *James F. Howell* for petitioner.

No. 972. MUSTACCHIO *v.* UNITED STATES; and

No. 973. RESTAINO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Peter S. Valentine* for petitioner in No. 973. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States in both cases. Reported below: 405 F. 2d 628.

No. 975. GENERAL ELECTRIC CO., BATTERY PRODUCTS, CAPACITOR DEPARTMENT *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *O. R. T. Bowden* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.